IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

SUA INSURANCE COMPANY                                              PLAINTIFF

VS.                                       CIVIL ACTION NO. 3:08cv552-DPJ-JCS

BRUCE KIRKLAND et al.                                             DEFENDANTS

## ORDER OF DISMISSAL

Upon the unopposed motion of Plaintiff, this matter is hereby dismissed without prejudice.

SO ORDERED this the 4th day of September, 2009.

/s/ James C. Sumner
UNITED STATES MAGISTRATE JUDGE